IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHARLES LITTON MORRIS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0020

Opinion filed February 24, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

Charles Litton Morris, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

LEWIS, C.J., BENTON and THOMAS, JJ., CONCUR.